UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. **CR-MARRA** / HOPKINS

09-60023

21 U.S.C. § 846

UNITED STATES OF AMERICA

v.

LEE V. THOMAS, III,
ROOSEVELT THOMAS,
SUANNY RODRIGUEZ, and
PATRICK GRAHAM,

      Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least from in or about December 2008, and continuing through on or about January 16, 2009, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**LEE V. THOMAS, III,
ROOSEVELT THOMAS,
SUANNY RODRIGUEZ, and
PATRICK GRAHAM,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

     Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the controlled substance, in fact, consisted of five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

On or about January 16, 2009, in Broward County, in the Southern District of Florida, the defendants,

**LEE V. THOMAS, III,**
**ROOSEVELT THOMAS,**
**SUANNY RODRIGUEZ, and**
**PATRICK GRAHAM,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(a)(1)(B), it is further alleged that the controlled substance, in fact, consisted of five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

A TRUE BILL

_____
FOR

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
JULIA J. VAGLIENTI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____

vs.

## CERTIFICATE OF TRIAL ATTORNEY*

Lee V. Thomas, III,
Roosevelt Thomas,
Suanny Rodriguez, and,
Patrick Graham,

                Defendants.
_____/

**Superseding Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes ____ | No ____ |
| Number of New Defendants | ____ | |
| Total number of counts | ____ | |

**Court Division:** (Select One)

____ Miami    ____ Key West
_X_ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _NO_
   List language and/or dialect   _____

4. This case will take   _5_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | | Petty | ____ |
   | II | 6 to 10 days | ____ | | Minor | ____ |
   | III | 11 to 20 days | ____ | | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | | Felony | _X_ |
   | V | 61 days and over | ____ | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the   _____   District of   _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _No_ No

8. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to September 1, 2007?   ____ Yes   _No_ No

                                                _____
                                                JUNE VAGLIENTI
                                                ASSISTANT UNITED STATES ATTORNEY
                                                Court I.D. No. A5500485

*Penalty Sheet(s) attached

                                                                                                     REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** LEE V. THOMAS, III,   **Case No:** _____

Count #: 1

Conspiracy To Possess with Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1) and 846

* **Max.Penalty:** Forty (40) years' imprisonment with mandatory minimum term of five (5) years' imprisonment; $2 million fine; supervised release term of at least four (4) years and up to life.

Count #: 2

Attempt to Possess with Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1) and 846

*__Max. Penalty:__ Forty (40) years' imprisonment with mandatory minimum term of five (5) years' imprisonment; $2 million fine; supervised release term of at least four (4) years and up to life.

Count #:

*Max. Penalty:

*Max. Penalty:

Count #:

*Max. Penalty:

2
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ROOSEVELT THOMAS      **Case No**: _____

Count #: 1

Conspiracy To Possess with Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1) and 846

* **Max. Penalty**:   Forty (40) years' imprisonment with mandatory minimum term of five (5) years' imprisonment; $2 million fine; supervised release term of at least four (4) years and up to life.

Count #: 2

Attempt to Possess with Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1) and 846

***Max. Penalty**:   Forty (40) years' imprisonment with a mandatory minimum term of five (5) years' imprisonment; $2 million fine; supervised release term of at least four (4) years and up to life.

Count #:

*Max. Penalty:

*Max. Penalty:

Count #:

*Max. Penalty:

2
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: SUANNY RODRIGUEZ          Case No: _____

Count #: 1

Conspiracy To Possess with Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1) and 846

* Max. Penalty:   Forty (40) years' imprisonment with mandatory minimum term of five (5) years' imprisonment; $2 million fine; supervised release term of at least four (4) years and up to life.

Count #: 2

Attempt to Possess with Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1) and 846

*Max. Penalty:   Forty (40) years' imprisonment with mandatory minimum term of five (5) years' imprisonment; $2 million fine; supervised release term of at least four (4) years and up to life.

Count #:

*Max. Penalty:

*Max. Penalty:

Count #:

*Max. Penalty:

2
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: PATRICK GRAHAM          **Case No**: _____

Count #: 1

Conspiracy To Possess with Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1) and 846

* **Max. Penalty:**   Forty (40) years' imprisonment with mandatory minimum term of five (5) years' imprisonment; $2 million fine; supervised release term of at least four (4) years and up to life.

Count #: 2

Attempt to Possess with Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1) and 846

***Max. Penalty:**   Forty (40) years' imprisonment with mandatory minimum term of five (5) years' imprisonment; $2 million fine; supervised release term of at least four (4) years and up to life.

Count #:

*Max. Penalty:

*Max. Penalty:

Count #:

*Max. Penalty:

2
*Refers only **to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**